ESTELLE KLINSKY, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. PINES OF RARITAN TOWNSHIP, INC., DEFENDANT-PETITIONER.

See same case below: 43 *N. J. Super.* 166.

*Messrs. Durand, Ivins & Carton* for the petitioner.

*Mr. Norman J. Currie* and *Mr. William J. O'Hagan* for the respondents.

February 25, 1957. Denied.

IN THE MATTER OF THE APPLICATION OF THE CENTRAL RAILROAD COMPANY OF NEW JERSEY, *ETC.*

See same case below: 43 *N. J. Super.* 13.

*Mr. Earle J. Harrington* for the petitioner.

*Mr. Grover C. Richman, Jr.,* and *Mr. Benedict W. Harrington* for the respondent.

February 25, 1957. Denied.